■ GRAY WOLF CORP., Appellant, v GLEASON ESTATES ASSOCIATES, LP, Respondent, et al., Defendant. (Appeal No. 2.) [930 NYS2d 528]—

Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.